UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | Possession of a Firearm by a |
| JESU AURELIUS FOX | ) | Prohibited Person |

THE GRAND JURY CHARGES THAT:

CR422-099

### COUNT ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about November 8, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

**JESU AURELIUS FOX,**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, that is, a Sarsilmaz, Model SAR 9, 9mm pistol, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about August 21, 2021, in Chatham County, within the Southern District of Georgia, the defendant,

**JESU AURELIUS FOX,**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, that is, a Taurus, Model PT709 Slim, 9mm pistol, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the Title 18 offenses alleged in Counts One and Two of this Indictment, the Defendant, **JESU AURELIUS FOX**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to a Sarsilmaz, Model SAR 9, 9mm pistol (Serial Number T1102-20BV52366) and a Taurus, Model PT709 Slim, 9mm pistol (Serial Number TIM28314) .

*Signatures on following page*

A True Bill.

_____
Foreperson

_____
David H. Estes
United States Attorney

_____
Jennifer J. Kirkland
Assistant United States Attorney
*Lead Counsel

_____
Patricia Rhodes
Assistant United States Attorney
Chief, Criminal Division

4