IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JESU AURELIUS FOX,<br><br>Defendant. | CASE NO.: 4:22-cr-99 |

**O R D E R**

After a careful <u>de novo</u> review of the entire record, the Court concurs with the Magistrate Judge's January 17, 2023, Report and Recommendation, (doc. 41), to which no objections have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 41.) For the reasons stated by the Magistrate Judge, Defendant Jesu Aurelius Fox's Motion for Constitutional Access to Privileged Correspondence with Counsel, (doc. 31), as supplemented, (docs. 38 & 39), is **DENIED**.

**SO ORDERED**, this 3rd day of February, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA