UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 4:22-CR-99 |
| ) | |
| JESU AURELIUS FOX ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

Before the Court, is defense counsel's Motion for Leave of Absence for April 21st, 2023, April 24th, 2023, May 29th – June 2nd, 2023, June 30th – July 5th, 2023, and August 1st – August 14th, 2023. Good cause having been shown, the Motion is hereby granted.

SO ORDERED this 3rd day of April, 2023.

_Christopher L. Ray_
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia